UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                :     Chapter 13

In re:                                                    :
                                                         :     Case No. 18-23676 (CGM)
Elizabeth Thomas,                              :
                                                         :
                                  Debtor.    :
                                                           :
-------------------------------------------------------------X

## ORDER DECLARING NO STAY IS IN PLACE AND ANNULLING WHATEVER AUTOMATIC STAY MAY STILL BE IN PLACE *NUNC PRO TUNC* TO THE FILING DATE AND HOLDING THAT THE PLAN IS NOT BINDING UPON JPMORGAN CHASE OR PRMI

Incorporating this Court's memorandum decision dated April 28, 2022, it is hereby

**ORDERED** that the automatic stay under § 362 of the Bankruptcy Code did not go into effect against the Debtor, property of the Debtor, or property of the estate upon the filing of this bankruptcy case; and it is further

**ORDERED** that any stay that may be in place is annulled *nunc pro tunc* to the date of filing of the bankruptcy petition so that any act that allegedly occurred in violation of the stay is now validated; and it is further

**ORDERED** that the plan and confirmation order is not binding upon PRMI, JPMORGAN CHASE or their successors and assigns.



/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

**Dated: April 28, 2022**
**Poughkeepsie, New York**