BRONSON LAW OFFICES, P.C.
*Counsel for the Debtor*
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)
H. Bruce Bronson
hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 13 |
| ELIZABETH THOMAS | Case No. 18-23676 (CGM) |
| Debtor. | |

-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

**PLEASE TAKE NOTICE THAT** the address of the Debtor has changed to:

Elizabeth Thomas
9889 Cypresswood Dr. Apt 3310
Houston Tx 77070

Dated: Harrison, NY
November 2, 2023

**BRONSON LAW OFFICES, P.C.**

*/s/ H. Bruce Bronson*
H. Bruce Bronson
*Counsel for the Debtor*